**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Michigan

Case number (*If known*): _____ Chapter _11____

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Smokin' Dutchman Holdings, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Smokin' Dutchman, LLC<br>Dickey's Barbecue Pit |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 38-4041227 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4212 Stadium Dr. | PO Box 20358 |
| Number     Street | Number     Street |
| | P.O. Box |
| Kalamazoo          MI     49008 | Kalamazoo          MI     49019 |
| City               State   ZIP Code | City               State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Kalamazoo County | |
| County | Number     Street |
| | |
| | City               State   ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
2511

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. Check **all** that apply:
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ MM / DD / YYYY Case number _____
  - District _____ When _____ MM / DD / YYYY Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  - District _____ When _____ MM / DD / YYYY
  - Case number, if known _____

| Debtor | Smokin' Dutchman Holdings, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/09/2024
　　　　　　　　MM  / DD / YYYY

✘ /s/ Krage Fox

Signature of authorized representative of debtor

Title  Member

Printed name  Krage Fox

**18. Signature of attorney**

✘ /s/ Perry Pastula

Signature of attorney for debtor

Date  09/09/2024
　　　　MM  / DD / YYYY

Printed name  Perry Pastula

Firm name  Dunn, Schouten & Snoap, P.C.

Number  Street  2745 DEHOOP AVE SW

City  WYOMING

State  MI

ZIP Code  49509

Contact phone  616-538-6380

Email address  ppastula@dunnsslaw.com

Bar number  P35588

State  MI

Smokin' Dutchman Holdings, LLC

Debtor _____    Case number (if known)_____

First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

Business                                     380 East Division  Rockford, MI 49341,
                                             Kent County

Business                                     420 Baldwin St. Suite B Jenison, MI
                                             49428, Ottawa County

Business                                     12579 Felch Rd. Suite 30 Holland, MI
                                             49424, Ottawa County

### RESOLUTION OF MEMBERS OF SMOKIN' DUTCHMAN HOLDINGS, LLC

WHEREAS, it is in the best interest of Smokin' Dutchman Holdings LLC ("Company"), a Michigan Limited Liability Company to file a voluntary petition for relief in the United States Bankruptcy Court pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code and potentially the wholly owned subsidiaries of Company;

WHEREAS, the undersigned Krage B. Fox and Michael T. Kakabeeke hold all the membership interest in the Company;

BE IT THEREFORE RESOLVED that Krage B. Fox, member of the Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of bankruptcy cases for the Company and potentially the wholly owned subsidiaries of Company under Subchapter V of Chapter 11 of the Bankruptcy Code; and

BE IT FURTHER RESOLVED that Krage B. Fox is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and its wholly owned subsidiaries and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company and its wholly owned subsidiaries in connection with such bankruptcy cases, and

BE IT FURTHER RESOLVED, that Krage B. Fox is authorized and directed to employ Perry G. Pastula, attorney, and the law firm of Dunn, Schouten & Snoap P.C., to represent the Company and its wholly owned subsidiaries in such bankruptcy cases.

Date: _____8/28/24_____                          _____
                                                 Krage B. Fox, Member

Date: _____8/28/24_____                          _____
                                                 Michael T. Kakabeeke, Member

**Fill in this information to identify the case:**

Debtor name    Smokin' Dutchman Holdings, LLC

United States Bankruptcy Court for the: Western District of Michigan

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mulligan Funding 4715 Viewridge Ave. Suite 100 San Diego, CA, 92123 | Patrick Foran pforan@mulliganfunding.com | | | | | 60,069.00 |
| 2 | Van Wagner Sports & Ent., LLC c/o Szabo Associates, Inc. 3355 Lenox Rd. NE. Ste. 945 Atlanta, GA, 30326 | info@szabo.com | Services | | | | 19,800.00 |
| 3 | Vander Roest Homes 2419 N. 3rd St. Kalamazoo, MI, 49009 | Dan Vander Roest 2692077165 vrfinehomes.com | Services | | | | 7,241.00 |
| 4 | Capital One PO Box 4069 Carol Stream, IL, 60197 | AIS.cocard.ebn@aisinfo.com | Credit Card Debt | | | | 5,000.00 |
| 5 | Golden & Jernigan, PC c/o Velo Law 1750 Leonard St, NE Grand Rapids, MI, 49505 | info@velo.law | Collection Agency | Disputed Unliquidated Contingent | | | 4,867.89 |
| 6 | UHY  Accounting Serv. 7171 Stadium Dr. Kalamazoo, MI, 49009 | UHY Advisors JValk@uhy-us.com | Services | | | | 4,375.00 |
| 7 | Dady Gardner 5100 TDS Center 80 South 8th St. Minneapolis, MN, 55402 | sekorzenowski@dadygardner.com | Services | | | | 2,616.00 |
| 8 | Consumers Energy PO Box 740309 Cincinnati, OH, 45274 | 8004775050 bankruptcy_notices@cmsenergy.com | Utility Services | | | | 2,580.00 |

Debtor    Smokin' Dutchman Holdings, LLC _____    Case number (if known)_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Consumers Energy PO Box 740309 Cincinnati, OH, 45274 | bankruptcy_notices@cmsenergy.com | Utility Services | | | | 2,181.00 |
| 10 | Consumers Energy PO Box 740309 Cincinnati, OH, 45274 | bankruptcy_notices@cmsenergy.com | Utility Services | | | | 1,508.00 |
| 11 | Consumers Energy PO Box 740309 Cincinnati, OH, 45274 | bankruptcy_notices@cmsenergy.com | Utility Services | | | | 1,339.00 |
| 12 | Charter Communications PO Box 6030 Carol Stream, IL, 60197 | 8889904577 | Utility Services | | | | 498.00 |
| 13 | Spectrum Mobile c/o Credit Control, LLC 3300 Rider Trail S., Suite 500 Earth City, MO, 63045 | correspondence@credit-control.com | | | | | 468.44 |
| 14 | Comcast Internet 1701 John F. Kennedy Blvd. Philadelphia, PA, 19103 | accessibility@comcast.com | Utility Services | | | | 178.00 |
| 15 | DTE Energy One Energy Plaza Detroit, MI, 48226 | brupt1@dteenergy.com | Utility Services | | | | 161.00 |
| 16 | Comcast Internet 1701 John F. Kennedy Blvd. Philadelphia, PA, 19103 | accessibility@comcast.com | Utility Services | | | | 152.00 |
| 17 | DTE Energy One Energy Plaza Detroit, MI, 48226 | brupt1@dteenergy.com | Utility Services | | | | 129.00 |
| 18 | SEMCO Gas 712 N. Black River Dr. Zeeland, MI, 49464 | 8006242019 | Utility Services | | | | 127.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

Smokin' Dutchman Holdings, LLC                    Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Krage Fox<br>2050 South Forth Street, Kalamazoo, MI 49009 | 50 | |
| Michael Kakabeeke<br>125 Pratt Rd., Kalamazoo, MI 49001 | 50 | |

United States Bankruptcy Court

Western District of Michigan

In re:   Smokin' Dutchman Holdings, LLC

                                                            Case No.

                                                            Chapter    11

                    Debtor(s)


**Verification of Creditor Matrix**


The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.


Date: _____9/9/2024_____

/s/ Krage Fox
_____
Signature of Individual signing on behalf of debtor


Member
_____
Position or relationship to debtor

Cameron W. Kinvig
4514 Cole Ave.
Suite 1015
Dallas, TX 75205

Capital One
PO Box 4069
Carol Stream, IL 60197

Capital One
PO Box30285
Salt Lake City, UT 84130

Capital One
4515 N Sante Fe Ave.
Oklahoma City
Oklahoma City, OK 73118

Charter Communications
PO Box 6030
Carol Stream, IL 60197

Charter Communications
PO Box 94188
Palatine, IL 60094

Comcast
PO Box 4089
Carol Stream, IL 60197

Comcast
41112 Concept Dr.
Plymouth, MI 48170

Comcast Internet
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Consumers Energy
PO Box 740309
Cincinnati, OH 45274

Consumers Energy

Dady Gardner
5100 TDS Center
80 South 8th St.
Minneapolis, MN 55402

Dahl BQ Loan
4721 E. Beltline
Grand Rapids, MI 49525

Dickey's Barbecue Restaurants, Inc.
18583 N. Dallas Parkway
Suite 120
Dallas, TX 75287

DTE Energy
One Energy Plaza
Detroit, MI 48226

Element 22 Commercial Group
2425 11th Street
Suite D
Kalamazoo, MI 49009

Golden & Jernigan, PC
c/o Velo Law
1750 Leonard St. NE
Grand Rapids, MI 49505

Huntington National Bank
41 S. High St.
Columbus, OH 43215

IDEA 247 Inc.
200 SE 1st St.
Suite 703
Miami, FL 33131

Internal Revnue Service
Central Insolvency Operations
POB Xo 7346
Philadelphia, PA 19101

Jenique, LLC
4721 E. Beltline Ave. NE
Rockford, MI 49341

Kalamahajan, LLC
628 W. Milham Ave.
Portage, MI 49024

KALSEE Credit Union
5220 Lover Ln
Kalamazoo, MI 49001

KALSEE Credit Union-Car Loan
5220 Lover Ln
Portage, MI 49002

Kancov Investment Ltd. Pt.
27750 Stansbury
Suite 200
Farmington, MI 48334

Krage Fox
2050 South 4th  Street
Kalamazoo, MI 49009

Krage Fox
2050 South Forth Street
Kalamazoo
MI 49009

Marie Fox
2050 South 4th  Street

Michael Kakabeeke
125 Pratt Rd.
Kalamazoo, MI 49001

Michael Kakabeeke
125 Pratt Rd.
Kalamazoo
MI 49001

Michigan Dept of Treasury
Business Taxpayer Services
PO Box 30427
Lansing, MI 48909

Michigan Dept of Treasury
Collection Division/Bankruptcy
PO Box 30168
Lansing, MI 48909

Michigan Dept of Treasury
Collections Division/Bankruptcy
PO Box 30168
Lansing, MI 48909

Michigan Unemployment Agency
3024 West Grand Blvd.
Suite 11-500
Detroit, MI 48202

Mike Kakabeeke -
125 Pratt Rd.
Kalamazoo, MI 49001

Mulligan Funding
4715 Viewridge Ave.
Suite 100
San Diego, CA 92123

Nicole Mazzocco, Asst. US Attorney
330 Ionia NW
Suite 500
Grand Rapids, MI 49503

North Star Leasing
PO Box 4505
Burlington, VT 05406

Platt Richmond
1201 N. Riverfront Blvd
Suite 150
Dallas, TX 75207

Richard and Elen Fox
3840 Arbutus Tr.
Portage, MI 19024

Rockzza II, LLC
4721 E. Beltline Ave. NE
Rockford, MI 49341

SEMCO Gas
712 N. Black River Dr.
Zeeland, MI 49464

Smokin' Dutchman Holland, LLC
2050 South 4th  Street
Kalamazoo, MI 49009

Spectrum  Mobile
c/o Credit Control, LLC
3300 Rider Trail S., Suite 500
Earth City, MO 63045

Spectrum Business
4145 S. Falkenburg Rd.
St. Leo, FL 33578

Toast, Inc.
401 Park Drive
Suite 801
Boston, MA 02218

Toast, Inc.
401 Park Drive
Suite 801
Boston,  02218

U.S. Small Business Administration
1 North Street
Birmingham, AL 35203

U.S. Small Business Adminstration
409  3rd St.
Washington, DC 20416

UHY   Accounting Serv.
7171 Stadium Dr.
Kalamazoo, MI 49009

US Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

US. Small Business Administration
2 North Street
Birmingham, AL 35203

Van Wagner Sports & Ent., LLC
c/o Szabo Associates, Inc.
3355 Lenox Rd. NE. Ste. 945
Atlanta, GA 30326

Vander Roest Homes
2419 N. 3rd St.
Kalamazoo, MI 49009