**Fill in this information to identify the case:**

Debtor name _Smokin' Dutchman Holdings, LLC_

United States Bankruptcy Court for the: _Western District of Michigan_

(State)

Case number (If known): _24-02343_

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................ $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................. $ _217,100.00_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................... $ _217,100.00_

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ......... $ _1,788,224.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................. $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................... +$ _301,863.69_

4. **Total liabilities** ........................................................................ $ _2,090,087.69_
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _Smokin' Dutchman Holdings, LLC_

United States Bankruptcy Court for the: _Western District of Michigan_

Case number (If known): _24-02343_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                            $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Huntington and Mercantile Accounts and Petty Cash | Checking | ___ ___ ___ ___ | $ 16,000.00 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____        $ _____
   4.2. _____        $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $ 16,000.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Security Deposits                                                                      $ 14,500.00
   7.2. _____        $ _____

Debtor    Smokin' Dutchman Holdings, LLC
_____
Name

Case number (if known) 24-02343
_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**    $ 14,500.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 14,200.00 | – 5,000.00 | = ⟶ | $ 9,200.00 |
| 11b. Over 90 days old: | 0.00 | – 0.00 | = ⟶ | $ 0.00 |

12. **Total of Part 3**    $ 9,200.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. Smokin' Dutchman Holland, LLC | 100 % | | $ Unknown |
| 15.2. See continuation sheet | % | | $ Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**    $ 0.00
Add lines 14 through 16. Copy the total to line 83.

Debtor    Smokin' Dutchman Holdings, LLC          Case number (if known)    24-02343
_____
Name

---

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** Inventory | MM / DD / YYYY | $ | | 26,400.00 $ |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 26,400.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

| Debtor | Smokin' Dutchman Holdings, LLC | Case number *(if known)* | 24-02343 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Smokin' Dutchman Holdings, LLC
          _____          Case number (if known)  24-02343
          Name                                                              _____

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2016 Mercedes Benz GL 350 Diesel | $ _____ | _____ | $ 3,000.00 |
| 47.2  2011 Dodge Caravan | $ _____ | _____ | $ 1,500.00 |
| 47.3  2019 Ford Transit Van | $ _____ | _____ | $ 15,000.00 |
| 47.4  See continuation sheet | $ 0.00 | _____ | $ 19,500.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1  _____ | $ _____ | _____ | $ _____ |
| 48.2  _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1  _____ | $ _____ | _____ | $ _____ |
| 49.2  _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | _____ | $ 112,000.00 |
| **51. Total of Part 8.** <br> Add lines 47 through 50. Copy the total to line 87. | | | $ 151,000.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Smokin' Dutchman Holdings, LLC
          _____
          Name

Case number *(if known)*  24-02343
                          _____

---

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Lease of property at 12579 Felch Rd.<br>Suite 30<br>Holland, Michigan 49424 | Lease | $ _____ 0.00 | _____ | $ _____ Unknown |
| 55.2 Lease of property at 4210 Stadium Dr.<br>Kalamazoo, MI 49009 | Lease | $ _____ | _____ | $ _____ Unknown |
| 55.3 See continuation sheet | | $ _____ 0.00 | _____ | $ _____ Unknown |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ _____ | _____ | $ _____ |
| 61. Internet domain names and websites | $ _____ | _____ | $ _____ |
| 62. Licenses, franchises, and royalties<br>Franchise, Marketing and Licenses | $ _____ | _____ | $ _____ Unknown |
| 63. Customer lists, mailing lists, or other compilations | $ _____ | _____ | $ _____ |
| 64. Other intangibles, or intellectual property | $ _____ | _____ | $ _____ |
| 65. Goodwill<br>Goodwill | $ _____ 120,000.00 | _____ | $ _____ Unknown |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00

---

Debtor    Smokin' Dutchman Holdings, LLC
_____
Name

Case number (if known)  24-02343
_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

0.00 _____ — 0.00 _____ = → $ 0.00 _____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $ _____
_____    Tax year _____    $ _____
_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Claims against Dickey's Barbecue Restaurants, Inc. for amounts    $ Unknown

_____    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    Smokin' Dutchman Holdings, LLC
          _____
          Name

Case number (if known)___24-02343_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 16,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 14,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 9,200.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 26,400.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 151,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 217,100.00 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......... 217,100.00 | | $ 217,100.00 |

| Debtor 1 | Smokin' Dutchman Holdings, LLC | | | 24-02343 | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known) | |

### Continuation Sheet for Official Form 206 A/B

**15) Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| General description | % of ownership | Valuation method | Current value |
|---|---|---|---|
| Smokin' Dutchman Rockford, LLC | 100% | | Unknown |
| Smokin' Dutchman Jenison, LLC | 100% | | Unknown |
| Smokin' Dutchman Kalamazoo, LLC | 100% | | Unknown |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2017 Ford Transit Van | | | 13,000.00 |
| 14 foot trailer | | | 6,500.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Restaurant Machinery and Equipm ent-Kalalmazoo | | | 28,000.00 |
| Restaurant Machinery and Equipment-Holland | | | 28,000.00 |
| Restaurant Machinery and Equipment-Rockford | | | 28,000.00 |
| Restaurant Machinery and Equipment-Jenison | | | 28,000.00 |

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Lease of property at 420 Baldwin St. Ste. B Jenison, MI 49428 | Leasehold | | | Unknown |

Debtor 1    Smokin' Dutchman Holdings, LLC

First Name    Middle Name    Last Name

Case number (if known) 24-02343

## Continuation Sheet for Official Form 206 A/B

| Lease of property at 380 East Division Rockford, MI 49341 | Leasehold | Unknown |

**Fill in this information to identify the case:**

Debtor name: Smokin' Dutchman Holdings, LLC

United States Bankruptcy Court for the: Western District of Michigan

Case number (If known): 24-02343

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**
Creditor's name
Dahl BQ Loan

Describe debtor's property that is subject to a lien
Multiple Assets

$ 273,000.00 | $ 34,600.00

Creditor's mailing address
4721 E. Beltline
Grand Rapids, MI 49525

Describe the lien
Agreement you made

Creditor's email address, if known
holmes34134@gmail.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**
Creditor's name
Huntington National Bank

Describe debtor's property that is subject to a lien
Multiple Assets

$194,000.00 | $178,100.00

Creditor's mailing address
41 S. High St.
Columbus, OH 43215

Creditor's email address, if known
Kathy.Cumberlander@huntington.com

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 1,788,224.00

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
IDEA 247 Inc.

Creditor's mailing address

200 SE 1st St.
Suite 703, Miami, FL 33131

Creditor's email address, if known
svisbal@ideafinancial.com

Date debt was incurred _____
Last 4 digits of account _____
number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative
  priority?
  ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is subject to a lien
Multiple Assets

$130,000.00 | $0.00

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name
KALSEE Credit Union

Creditor's mailing address

5220 Lover Ln
Kalamazoo, MI 49001

Creditor's email address, if known
mnowaczynski@kalsee.com

Date debt was incurred _____
Last 4 digits of account _____
number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative
  priority?
  ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is subject to a lien
Multiple assets

$448,000.00 | $0.00

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5 Creditor's name**
KALSEE Credit Union-Car Loan

**Describe debtor's property that is subject to a lien**
2016 Mercedes Benz GL 350 Diesel

$11,242.00        $3,000.00

**Creditor's mailing address**
5220 Lover Ln
Portage, MI 49002

**Creditor's email address, if known**
mnowaczynski@kalsee.com

**Describe the lien**
Agreement you made, Engine needs to be r

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.6 Creditor's name**
Michigan Dept of Treasury

**Describe debtor's property that is subject to a lien**
Multiple Assets

$158,000.00        $ Undetermined

**Creditor's mailing address**
Business Taxpayer Services
PO Box 30427, Lansing, MI 48909

**Creditor's email address, if known**
kerrt2@michigan.gov

**Describe the lien**
Statutory

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|---|---|---|---|
| | Name | | |

**Part 1:   Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**
North Star Leasing

**Describe debtor's property that is subject to a lien**

Restaurant Machinery and Equipment-Holland

$ 982.00          $ 28,000.00

**Creditor's mailing address**

PO Box 4505
Burlington, VT 05406

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8** **Creditor's name**
U.S. Small Business Adminstration

**Describe debtor's property that is subject to a lien**

Multiple Assets

$ 561,000.00          $ Undetermined

**Creditor's mailing address**

409 3rd St.
Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|---|---|---|---|
| | Name | | |

---

**Part 1:**  **Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral** |
| | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name
US Foods, Inc.

**Describe debtor's property that is subject to a lien**

Multiple Assets

$12,000.00          $ Undetermined

**Creditor's mailing address**

9399 West Higgins Rd.

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** Creditor's name

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Creditor's mailing address**

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Element 22 Commercial Group<br>2425 11th Street<br>Suite D<br>Kalamazoo, MI, 49009 | Line 2. 4 | _____ |
| Michigan Dept of Treasury<br>Collections Division/Bankruptcy<br>PO Box 30168<br>Lansing, MI, 48909 | Line 2. 6 | _____ |
| Nicole Mazzocco, Asst. US Attorney<br>330 Ionia NW<br>Suite 500<br>Grand Rapids, MI, 49503 | Line 2. 4 | _____ |
| U.S. Small Business Administration<br>1 North Street<br>Birmingham, AL, 35203 | Line 2. 4 | _____ |
| US Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL, 35203 | Line 2. 8 | _____ |
| US. Small Business Administration<br>2 North Street<br>Birmingham, AL, 35203 | Line 2. 2 | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor: Smokin' Dutchman Holdings, LLC

United States Bankruptcy Court for the: Western District of Michigan

Case number: 24-02343
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
Central Insolvency Operations
POB Xo 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is: $ Unknown     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Michigan Dept of Treasury
Collection Division/Bankruptcy
PO Box 30168
Lansing, MI 48909

As of the petition filing date, the claim is: $ Unknown     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Michigan Unemployment Agency
3024 West Grand Blvd.
Suite 11-500
Detroit, MI 48202

As of the petition filing date, the claim is: $ Unknown     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Debtor    Smokin' Dutchman Holdings, LLC
_____
Name

Case number (if known)    24-02343
_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Capital One
PO Box 4069
Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Credit Card Debt

$ 5,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Charter Communications
PO Box 6030
Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility Services

$ 498.00

Date or dates debt was incurred    _____

Last 4 digits of account number    2781

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Comcast Internet
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility Services

$ 152.00

Date or dates debt was incurred    _____

Last 4 digits of account number    2382

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Comcast Internet
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility Services

$ 178.00

Date or dates debt was incurred    _____

Last 4 digits of account number    3895

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Consumers Energy
PO Box 740309
Cincinnati, OH 45274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility Services

$ 1,508.00

Date or dates debt was incurred    _____

Last 4 digits of account number    0930

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Consumers Energy
PO Box 740309
Cincinnati, OH 45274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility Services

$ 2,181.00

Date or dates debt was incurred    _____

Last 4 digits of account number    4394

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Consumers Energy
PO Box 740309
Cincinnati, OH 45274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 1,339.00

Date or dates debt was incurred

Last 4 digits of account number    8616

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Consumers Energy
PO Box 740309
Cincinnati, OH 45274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 2,580.00

Date or dates debt was incurred

Last 4 digits of account number    1638

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Dady Gardner
5100 TDS Center
80 South 8th St.
Minneapolis, MN 55402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 2,616.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Dickey's Barbecue Restaurants, Inc.
18583 N. Dallas Parkway
Suite 120
Dallas, TX 75287

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Services

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.11** Nonpriority creditor's name and mailing address

DTE Energy
One Energy Plaza
Detroit, MI 48226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 161.00

Date or dates debt was incurred

Last 4 digits of account number    9532

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Smokin' Dutchman Holdings, LLC | Case number *(if known)* | 24-02343 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address

DTE Energy
One Energy Plaza
Detroit, MI 48226

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 129.00

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    9417

---

**3.13** Nonpriority creditor's name and mailing address

Golden & Jernigan, PC
c/o Velo Law
1750 Leonard St. NE
Grand Rapids, MI 49505

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Collection Agency

$ 4,867.89

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.14** Nonpriority creditor's name and mailing address

Jenique, LLC
4721
East Beltline Ave., NE
Rockford, MI 49341

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

$ 4,269.50

Date or dates debt was incurred    09/01/2024

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.15** Nonpriority creditor's name and mailing address

Kalamahajan, LLC
628 W. Milham Ave.
Suite 200
Portage, MI 49024

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

$ 16,509.66

Date or dates debt was incurred    09/01/2024

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.16** Nonpriority creditor's name and mailing address

Kancove Investment Ltd. Pt.
27750 Stansbury
Suite 200
Farmington, MI 48334

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

$ 4,292.32

Date or dates debt was incurred    09/01/2024

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

Debtor    Smokin' Dutchman Holdings, LLC
_____
          Name

Case number (if known) 24-02343
_____

---

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.17** Nonpriority creditor's name and mailing address

Krage Fox
2050 South 4th Street
Kalamazoo, MI 49009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48,300.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Marie Fox
2050 South 4th Street

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,000.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Mike Kakabeeke -
125 Pratt Rd.

Kalamazoo, MI 49001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59,000.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Mulligan Funding
4715 Viewridge Ave.
Suite 100
San Diego, CA 92123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60,069.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Richard and Elen Fox
3840 Arbutus Tr.
Portage, MI 19024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,000.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Rockzza II, LLC
4721
East Beltline Ave., NE
Rockford, MI 49341

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Lease

Date or dates debt was incurred  09/01/2024

Last 4 digits of account number  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 5,201.88

---

**3.23** Nonpriority creditor's name and mailing address

SEMCO Gas
712 N. Black River Dr.
Zeeland, MI 49464

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 127.00

---

**3.24** Nonpriority creditor's name and mailing address

Spectrum Mobile
c/o Credit Control, LLC
3300 Rider Trail S., Suite 500
Earth City, MO 63045

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Last 4 digits of account number  2615

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 468.44

---

**3.25** Nonpriority creditor's name and mailing address

UHY   Accounting Serv.
7171 Stadium Dr.
Kalamazoo, MI 49009

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Services

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 4,375.00

---

**3.26** Nonpriority creditor's name and mailing address

Van Wagner Sports & Ent., LLC
c/o Szabo Associates, Inc.
3355 Lenox Rd. NE. Ste. 945
Atlanta, GA 30326

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Services

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 19,800.00

---

| Debtor | Smokin' Dutchman Holdings, LLC | | Case number *(if known)* | 24-02343 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.27 Nonpriority creditor's name and mailing address**

Vander Roest Homes
2419 N. 3rd St.
Kalamazoo, MI 49009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 7,241.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.1. | Cameron W. Kinvig<br>4514 Cole Ave.<br>Suite 1015<br>Dallas, TX, 75205 | Line 3.10<br>☐ Not listed. Explain: | |
| 4.2. | Capital One<br>PO Box30285<br>Salt Lake City, UT, 84130 | Line 3.1<br>☐ Not listed. Explain | |
| 4.3. | Capital One<br>4515 N Sante Fe Ave.<br>Oklahoma City<br>Oklahoma City, OK, 73118 | Line 3.1<br>☐ Not listed. Explain | |
| 4.4. | Charter Communications<br>PO Box 94188<br>Palatine, IL, 60094 | Line 3.2<br>☐ Not listed. Explain | |
| 41. | Comcast<br>PO Box 4089<br>Carol Stream, IL, 60197 | Line 3.3<br>☐ Not listed. Explain | |
| 4.5. | Comcast<br>41112 Concept Dr.<br>Plymouth, MI, 48170 | Line 3.3<br>☐ Not listed. Explain | |
| 4.6. | Comcast<br>41112 Concept Dr.<br>Plymouth, MI, 48170 | Line 3.4<br>☐ Not listed. Explain | |
| 4.7. | Consumers Energy | Line 3.6<br>☐ Not listed. Explain | |
| 4.8. | Platt Richmond<br>1201 N. Riverfront Blvd<br>Suite 150<br>Dallas, TX, 75207 | Line 3.10<br>☐ Not listed. Explain | |
| 4.9. | Spectrum Business<br>4145 S. Falkenburg Rd.<br>Riverview, FL, 33578 | Line 3.2<br>☐ Not listed. Explain | |
| 4.10. | | Line ____<br>☐ Not listed. Explain | |
| 4.11. | | Line ____<br>☐ Not listed. Explain | |

Debtor   Smokin' Dutchman Holdings, LLC
_____
Name

Case number (if known) ___24-02343_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.  **Total claims from Part 1**          5a.     $ 0.00

5b.  **Total claims from Part 2**          5b.  **+**  $ 301,863.69

5c.  **Total of Parts 1 and 2**           5c.     $ 301,863.69
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name   Smokin' Dutchman Holdings, LLC

United States Bankruptcy Court for the: __Western District of Michigan__

Case number (If known):   24-02343                              Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of property at 4210 Stadium Dr. Kalamazoo, MI 49009 Lessee | Kalamahajan, LLC 628 W. Milham Ave. Portage, MI, 49024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Toast Equipment Lease Rockford, MI  location Lessee | Toast, Inc. 401 Park Drive Suite 801 Boston, MA, 02218 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Toast Equipment lease Kalamazoo location Lessee | Toast, Inc. 401 Park Drive Suite 801 Boston, 02218 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Dickey's  Barbecue Restaurants, Inc. franchise agreements | Dickey's Barbecue Restaurants, Inc. 18583 N. Dallas Parkway Suite 120 Dallas, TX, 75287 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Lease of property at 12579 Felch Rd. Suite 30 Holland, Michigan 49424 | Kancov Investment Ltd. Pt. 27750 Stansbury Suite 200 Farmington, MI, 48334 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Smokin' Dutchman Holdings, LLC
           _____
           Name

Case number (if known)  24-02343

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease of property at 380 East Division<br>Rockford, MI 49341<br>Lessee | Rockzza II, LLC<br>4721 E. Beltline Ave. NE<br><br>Rockford, MI, 49341 |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Lease of property at 420 Baldwin St. Ste. B<br>Jenison, MI 49428<br>Lessee | Jenique, LLC<br>4721 E. Beltline Ave. NE<br><br>Rockford, MI, 49341 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Toast Equpment Lease<br>Jenison location<br>Lessee | Toast, Inc.<br>401 Park Drive<br>Suite 801<br>Boston, 02218 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Toast Equipment Lease<br>Holland location<br>Lessee | Toast, Inc.<br>401 Park Drive<br>Suite 801<br>Boston, 02218 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name  Smokin' Dutchman Holdings, LLC

United States Bankruptcy Court for the:  Western District of Michigan

Case number (if known):  24-02343

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Dickey's Barbecue Restaurants, Inc. | 18583 N. Dallas Parkway Suite 120 Dallas, TX 75287 | Vander Roest Homes | ☐ D ☑ E/F ☐ G |
| 2.2 Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | Dickey's Barbecue Resta| ☐ D ☑ E/F ☐ G |
| 2.3 Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | Dickey's Barbecue Resta| ☐ D ☑ E/F ☐ G |
| 2.4 Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | Dahl BQ Loan | ☑ D ☐ E/F ☐ G |
| 2.5 Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | Dahl BQ Loan | ☑ D ☐ E/F ☐ G |
| 2.6 Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | KALSEE Credit Union | ☑ D ☐ E/F ☐ G |

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | KALSEE Credit Union | ☑ D ☐ E/F ☐ G |
| 2.8 | Smokin' Dutchman Holland, LLC | 2050 South 4th Street Kalamazoo, MI 49009 | KALSEE Credit Union | ☑ D ☐ E/F ☐ G |
| 2.9 | Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | KALSEE Credit Union-Car Loan | ☑ D ☐ E/F ☐ G |
| 2.10 | Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | KALSEE Credit Union-Car Loan | ☑ D ☐ E/F ☐ G |
| 2.11 | Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | U.S. Small Business Adminstration | ☑ D ☐ E/F ☐ G |
| 2.12 | Marie Fox | 2050 South 4th Street Kalamazoo, 49009 | KALSEE Credit Union | ☑ D ☐ E/F ☐ G |
| 2.13 | Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | U.S. Small Business Adminstration | ☑ D ☐ E/F ☐ G |
| 2.14 | Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | US Foods, Inc. | ☑ D ☐ E/F ☐ G |

| Debtor | Smokin' Dutchman Holdings, LLC | Case number *(if known)* | 24-02343 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="4" style="text-align:left">▇ <strong>Additional Page If Debtor Has More Codebtors</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.15 Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | US Foods, Inc. | ☑ D ☐ E/F ☐ G |
| 2.16 Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | Huntington National Bank | ☑ D ☐ E/F ☐ G |
| 2.17 Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | Huntington National Bank | ☑ D ☐ E/F ☐ G |
| 2.18 Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | Mulligan Funding | ☐ D ☑ E/F ☐ G |
| 2.19 Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | IDEA 247 Inc. | ☑ D ☐ E/F ☐ G |
| 2.20 Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | IDEA 247 Inc. | ☑ D ☐ E/F ☐ G |
| 2.21 Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | Mulligan Funding | ☐ D ☑ E/F ☐ G |
| 2.22 Krage Fox | 2050 South 4th Street Kalamazoo, MI 49009 | North Star Leasing | ☑ D ☐ E/F ☐ G |

| Debtor | Smokin' Dutchman Holdings, LLC | Case number (if known) | 24-02343 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous **page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.**23** Michael Kakabeeke | 125 Pratt Rd. Kalamazoo, MI 49001 | North Star Leasing | ☑ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name _Smokin' Dutchman Holdings, LLC_

United States Bankruptcy Court for the: _Western District of Michigan_

Case number (*If known*): _24-02343_

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/07/2024_          ✖ _/s/ Krage Fox_
　　　　　　　MM / DD / YYYY          Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　_Krage Fox_
　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　_Member_
　　　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**