UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

SMOKIN' DUTCHMAN HOLDINGS, LLC,
aka SMOKIN' DUTCHMAN, LLC,
aka DICKEY'S BARBECUE PIT,

    Debtor.
_____/

Case No. 24-02343-swd
Hon. Scott W. Dales
Chapter 11, Subchapter V

## FINAL DECREE

PRESENT:  HONORABLE SCOTT W. DALES
                  Chief United States Bankruptcy Judge

The court entered an Order Approving Stipulated Motion to Voluntarily Dismiss Case to Resolve United States Trustee's Motion for Conversion/Dismissal of Case (ECF No. 98), and the Subchapter V trustee has filed his Report of No Distribution (ECF No. 111).

The estate of the above-named debtor has been fully administered.

NOW, THEREFORE, IT IS HEREBY ORDERED that Scott A. Chernich, Esq., is discharged as trustee of the estate of the above-named debtor and the bond is cancelled.

IT IS FURTHER ORDERED that the chapter 11 case of the above-named debtor is closed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Final Decree pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon the Debtor, counsel for the Debtor, the United States Trustee, Scott A. Chernich, Esq., and all parties appear on the Debtor's mailing matrix.

END OF ORDER

**IT IS SO ORDERED.**

**Dated June 4, 2025**



Scott W. Dales
United States Bankruptcy Judge